# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**BRIAN L. BRIGGS**

### WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-137M**

I, **BRIAN BRIGGS**, charged in a complaint pending in this District with **KNOWINGLY TRANSPORT CHILD PORNOGRAPHY IN INTERSTATE COMMERCE**, in violation of Title **18**, U.S.C., **2252A(a)(1)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
*Defendant*

_____
*Counsel for Defendant*

*August 11, 2008*

F I L E D

AUG 1 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE