REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>BRIAN L. BRIGGS,<br><br>        Defendant. | )<br>)<br>)<br>)   Criminal Action No. 08- 131<br>)<br>)<br>)<br>) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about May 14, 2008, in the State and District of Delaware, the defendant, BRIAN L. BRIGGS, did knowingly transport and ship in interstate and foreign commerce, by any means, including by computer, any child pornography; that is, BRIAN L. BRIGGS did knowingly transport multiple computer files containing visual depictions of minors engaged in sexually explicit conduct, including but not limited to actual and simulated sexual intercourse, masturbation and the lascivious exhibition of the genitals and pubic area, in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2256(8)(A).

### Counts 2 - 6

From, on or about December 19, 2007, through on or about May 16, 2008, in the State and District of Delaware, the defendant, BRIAN L. BRIGGS, did knowingly receive in interstate and foreign commerce by any means, including by computer, any child pornography, the production of which involved the use of a minor engaging in sexually explicit conduct and such visual

depictions were of such conduct; that is, BRIAN L. BRIGGS did knowingly receive multiple computer files containing visual depictions of minors engaged in sexually explicit conduct, including but not limited to actual and simulated sexual intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area, the dates being described more particularly as on or about:

| Count | Date Received |
|---|---|
| 2 | December 19, 2007 |
| 3 | January 2, 2008 |
| 4 | January 4, 2008 |
| 5 | April 28, 2008 |
| 6 | May 16, 2008 |

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2256(8)(A).

## Count 7

On or about August 6, 2008, in the State and District of Delaware, the defendant, BRIAN L. BRIGGS, did knowingly possess any computer disk and any other material that contained images of child pornography that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer; that is, BRIAN L. BRIGGS did knowingly possess computer hard drives and removable digital media that contained multiple computer files containing visual depictions of minors engaged in sexually explicit conduct, including but not limited to actual and simulated sexual intercourse, masturbation, and the lascivious exhibition of the genitals and

pubic area, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256(8)(A).

### Count 8

On or about May 14, 2008, in the State and District of Delaware, the defendant, BRIAN L. BRIGGS, did knowingly distribute multiple computer files containing visual depictions that are obscene and that are or appear to be of minors engaged in sexually explicit conduct, including but not limited to actual and simulated sexual intercourse, masturbation and the lascivious exhibition of the genitals or pubic area, which images had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 1466A(a), 2252A(b)(1) and 2256(2).

### Counts 9 - 13

From, on or about December 19, 2007, through on or about May 16, 2008, in the State and District of Delaware, the defendant, BRIAN L. BRIGGS, did knowingly receive multiple computer files containing visual depictions that are obscene and that are or appear to be of minors engaged in sexually explicit conduct, including but not limited to actual or simulated sexual intercourse, masturbation and the lascivious exhibition of the genitals or pubic area, which images had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which images had been produced using materials that had been shipped and transported in interstate and foreign commerce by any means, including by computer, the dates being described more particularly as on or about:

| Count | Date Received |
|-------|---------------|
| 9 | December 19, 2007 |
| 10 | January 2, 2008 |
| 11 | January 4, 2008 |
| 12 | April 28, 2008 |
| 13 | May 16, 2008 |

All in violation of Title 18, United States Code, Sections 1466A(a), 2252A(b)(1) and 2256(2).

## Count 14

On or about August 6, 2008, in the State and District of Delaware, the defendant, BRIAN L. BRIGGS, did knowingly possess with intent to distribute multiple computer files containing visual depictions that are obscene and that are or appear to be of minors engaged in sexually explicit conduct, including but not limited to actual or simulated sexual intercourse, masturbation and the lascivious exhibition of the genitals or pubic area, which images had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 1466A(a), 2252A(b)(1) and 2256(2).

## Forfeiture Count

Upon conviction for violating Title 18, United States Code, Sections 1466A or 2252A as set forth in Counts 1 through 14, the defendant, BRIAN L. BRIGGS, shall forfeit to the United States any and all matter that contains visual depictions of child pornography or visual depictions that are or appear to be of minors engaged in sexually explicit conduct, that are produced,

4

transported, shipped, received or possessed in violation thereof; any property constituting or derived from any proceeds BRIAN L. BRIGGS obtained directly or indirectly as a result of the aforementioned violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. Gateway Desktop Computer, Model No. MFATXSTLE LP 500X, Serial No. 0025101631;

2. Dell Desktop Computer, Model No. XPS 400, Serial No. 4XDJN91;

3. Dell Inspirion Laptop Computer, Model No. 9100 Series, Serial No. 13HZD51;

4. Dell Inspirion Laptop Computer, Model No. 6000 Series, Serial No. 38M4B81;

5. One (1) Memorex 512 MB travel drive;

6. One (1) Cruzer 1 GB thumb drive;

7. One (1) Memorex 2 GB thumb drive;

8. One (1) SanDisk 32 MB memory card;

9. One (1) Dell 256 MB thumb drive;

10. One (1) SanDisk MobileMate;

11. Sixty-five (65) CDs and DVDs;

12. One hundred ninety six (196) floppy disks; and

13. Eleven (11) zip disks

pursuant to Title 18, United States Code, Sections 1467 and 2253.

                                                A TRUE BILL;

                                                Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
      Edward J. McAndrew
      Assistant United States Attorney

Dated: August 26, 2008