UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>BRIAN BRIGGS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. 08-131-JJF<br>)<br>)<br>)<br>) |

**O R D E R**

This **4TH** day of **SEPTEMBER 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **SEPTEMBER 18TH, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                                                   _____
                                                                   Honorable Mary Pat Thynge
                                                                   U.S. Magistrate Judge

cc: Defense Counsel
     United States Attorney